UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br>MICHAEL LINN CONNELLY \*\*\*-\*\*-6726<br>ABBIE LAW CONNELLY \*\*\*-\*\*-6568<br><br>Debtors. | Chapter 13<br>Bankruptcy No. 14-01233 |

## OBJECTION TO CLAIM AND MEMORANDUM IN SUPPORT

Debtors herein have filed a Chapter 13 Petition and Plan. The Debtors' plan provides for treatment of all allowed claims. 11 U.S.C. Section 502(a) provides that: "A claim or interest, proof of which is filed under Section 501 of this title, is deemed allowed, unless a party in interest...objects." Section 502(b)(1) provides that the Court may disallow a claim if "such claim is unenforceable against the debtors and property of the debtors, under any agreement or applicable law for a reason other than because such claim is contingent or unmatured." Debtors hereby objects to the claim of Ocwen Loan Servicing, LLC ("Creditor"), claim 4.

Creditor has filed a claim herein for $71,174.54 representing that $11,335.35 of that debt represents pre-petition arrearage. However, the claim was filed on December 23, 2014. The deadline to file a Proof of Claim in the instant case, pursuant to Bankruptcy Rule 3002(c), was July 7, 2014. Due to the failure of Creditor to file a claim in the instant case, claim 3-1 was filed by Debtor on Creditor's behalf. Creditor's claim should be disallowed as it was not timely filed and the claim filed by Debtor should control.

Therefore, Debtor objects to the claim of Creditor and asks that Creditor's claim be disallowed and that the claim filed by Debtor be allowed to control disbursement to Creditor from the Trustee.

DROSE LAW FIRM

BY: /s/ Ann U. Bell

Charleston, South Carolina
Date: January 28, 2015

Ann U. Bell
District Court I.D. #10372
Attorney for Debtors
3955 Faber Place Drive, Suite 103
Charleston, SC 29405
(843) 767-8888

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

IN RE:                                              )
MICHAEL LINN CONNELLY ***-**-6726   )
ABBIE LAW CONNELLY ***-**-6568        )         Chapter 13
                                                    )         Bankruptcy No. 14-01233
           Debtors.                              )
_____)

## NOTICE OF OBJECTION TO CLAIM

**The above-referenced Debtors, by and through their attorney,** have filed an objection to your claim in this bankruptcy case.

Your claim may be reduced, modified or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.

If you do not want the court to eliminate or change your claim, then **on or before thirty days from the date of this mailing,** you or your lawyer must:

File with the court a written response to the objection, explaining your position. Your written objection should be captioned as above, and mailed to:

J. Bratton Davis U.S. Bankruptcy Courthouse
1100 Laurel Street
Columbia, SC 29201.

*If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.*

You must also mail a copy to:

Ann U. Bell
3955 Faber Place Drive, Suite 103
Charleston, SC 29405

PLEASE TAKE FURTHER NOTICE that no hearing will be held on this motion or application unless a response, return and/or objection is timely filed and served, in which case, the Court will conduct a hearing on **April 2, 2015 at 9:00 a.m.** at 145 King Street, Room 225, Charleston, SC 29401. No further notice of this hearing will be given.

If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim.

DROSE LAW FIRM
BY: /s/ Ann U. Bell
Ann U. Bell, I.D. #10372
Attorney for the Debtor
3955 Faber Place Drive, Suite 103
Charleston, SC 29405
(843) 767-8888

Charleston, South Carolina
Date:   January 28, 2015

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br>MICHAEL LINN CONNELLY \*\*\*-\*\*-6726<br>ABBIE LAW CONNELLY \*\*\*-\*\*-6568<br><br>Debtors. | Chapter 13<br>Bankruptcy No. 14-01233 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of January, 2015, I served the necessary parties in this matter a copy of the Objection to Claim, Notice, and the Proposed Order by doing the following:

(1) Mailing, by depositing said documents in an envelope with sufficient first-class postage affixed, to the affected creditor Ocwen Loan Servicing, LLC, at the following address: Attn: Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL 33416.

(2) Using CM/ECF to provide the same documents to the Chapter 13 Trustee, James M. Wyman.

/s/Jessica Howard
Office Personnel

```
Label Matrix for local noticing          Ann U. Bell                              Brock and Scott
0420-2                                   Drose Law Firm                           Attn: Richard Duerinckx
Case 14-01233-jw                         3955 Faber Place Dr. Ste 103             3800 Fernandina Road, Ste 110
District of South Carolina               Charleston, SC 29405-8565                Columbia SC 29210-3838
Charleston
Tue Jan 27 16:46:43 EST 2015

Brian A. Calub                           Abbie Law Connelly                       Michael Linn Connelly
The Hunoval Law Firm, PLLC               121 Oakdale Drive                        121 Oakdale Drive
501 Minuet Lane, Ste. 104-A              Summerville, SC 29483-2819               Summerville, SC 29483-2819
Charlotte, NC 28217-2710


Craig N. Little DMD                      Dorchester County Tax Collector          R. Michael Drose
403 W 4th North St, Unit A               PO Box 338                               3955 Faber Place Drive
Summerville SC 29483-6552                Saint George SC 29477-0338               Suite 103
                                                                                  North Charleston, SC 29405-8565


Ocwen                                    Ocwen Loan Servicing, LLC                REGIONAL MANAGEMENT CORPORATION
PO Box 24646                             1661 Worthington Road, Suite 100         PO BOX 776
West Palm Beach FL 33416-4646            West Palm Beach, FL 33409-6493           MAULDIN, SC 29662-0776
                                                                                  (864) 546-3404


Regional Finance                         SC Department of Revenue                 Santander Consumer USA
115 East Richardson Avenue               PO Box 12265                             P.O. Box 961245
Summerville SC 29483-6332                Columbia SC 29211-2265                   Ft Worth, TX 76161-0244


Santander Consumer USA                   The Bank of New York Mellon Trust Company, N    US Trustee's Office
PO Box 105255                            c/o Ocwen Loan Servicing, LLC                   Strom Thurmond Federal Building
Atlanta GA 30348-5255                    Attn: Bankruptcy Department                     1835 Assembly Street
                                         P.O. Box 24605                                  Suite 953
                                         West Palm Beach, FL 33416-4605                  Columbia, SC 29201-2448


James M. Wyman                           End of Label Matrix
PO Box 997                               Mailable recipients    18
Mount Pleasant, SC 29465-0997            Bypassed recipients     0
                                         Total                  18
```