UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br>Michael Linn Connelly<br>Last four digits of social security #: 6726<br>Abbie Law Connelly<br>Last four digits of social security #: 6568<br><br>Debtor | Bankruptcy Case No. 14-01233<br><br>NOTICE OF DEATH OF DEBTOR<br><br>Chapter 13 |

PLEASE TAKE NOTICE that the above referenced debtor, Michael Connelly, died on November 10, 2017. The joint debtor, Abbie Connelly, predeceased her husband, and a Notice of her death was previously filed with this Court.

Susan Connelly, the daughter and personal representative of the debtor, through the debtor's undersigned attorney, hereby notifies the Court of the Debtor's death. The debtor's petition under Chapter 13 was filed on March 3, 2014. The Chapter 13 plan was filed on March 27, 2017. There are not adequate funds available to continue payment of the Trustee in Debtors' case.

NOW, THEREFORE, upon good cause shown, the representative of the debtor, Michael Connelly, hereby requests as follows:

1. That the Court take appropriate action based on this Notice of the Death of Debtor, Michael Connelly.

Date: November 16, 2017          By: _Ann U. Bell_
Ann U. Bell
Attorney for debtor
Drose Law Firm
3955 Faber Place Drive, Suite 103
Charleston, SC 29405
(843) 767-8888
Drose@droselaw.com

**CERTIFICATE OF SERVICE**

The above signing party certifies that the foregoing Notice was served on November 16, 2017 on the Trustee, James M. Wyman, and the U.S. Trustee Region 4 either by depositing a copy in the U.S. Mail or by service through CM/ECF.

**STATE OF SOUTH CAROLINA**
**CERTIFICATION OF VITAL RECORD**

# DEATH CERTIFICATION

STATE FILE NUMBER: █████1435
DECEDENT'S NAME: *MICHAEL LINN CONNELLY*
SEX: MALE
SOCIAL SECURITY NUMBER: ███-██-6726
AKA'S: NA
ARMED FORCES: YES
DATE OF BIRTH: AUGUST 15, 1951
AGE: 66 YEARS
TYPE OF PLACE OF DEATH: HOSPITAL - INPATIENT
COUNTY OF DEATH: DORCHESTER
NAME AND ADDRESS OF PLACE OF DEATH: SUMMERVILLE MEDICAL CENTER, SUMMERVILLE, SC 29485
PLACE OF DISPOSITION: SUMMERVILLE CEMETERY
DISPOSITION LOCATION: SUMMERVILLE, SOUTH CAROLINA
METHOD OF DISPOSITION: BURIAL
DECEDENT'S RESIDENCE: 121 OAKDALE DRIVE, SUMMERVILLE, DORCHESTER COUNTY, SC, 29483
PLACE OF BIRTH: SOUTH CAROLINA
MARITAL STATUS: WIDOWED (AND NOT REMARRIED)
SURVIVING SPOUSE'S NAME: NA
FATHER'S NAME: VERNON HARRIS CONNELLY
MOTHER'S NAME PRIOR TO FIRST MARRIAGE: NORMA CATHERINE MAXCEY
INFORMANT'S NAME: SUSAN NEVILLE CONNELLY
RELATIONSHIP: DAUGHTER
MAILING ADDRESS: 121 OAKDALE DRIVE, SUMMERVILLE, SC, 29483
FUNERAL HOME: PARKS FUNERAL HOME, INC., 130 W. 1ST NORTH ST., SUMMERVILLE, SC, 29483
FUNERAL DIRECTOR: MICHAEL E CROCKER
LICENSE NUMBER: 2641
EMBALMER'S NAME: MELISSA L CLARKE
LICENSE NUMBER: 3864
ACTUAL OR PRESUMED DATE OF DEATH: NOVEMBER 10, 2017
MANNER OF DEATH: NATURAL
ACTUAL OR PRESUMED TIME OF DEATH: 0650
CAUSE OF DEATH - PART I:
PERITONEAL METASTASIS OF UNKNOWN PRIMARY
ACUTE KIDNEY INJURY WITH FLUID OVERLOAD
CARDIOGENIC SHOCK (FROM ATRIAL FIBRILLATION WITH RAPID VENTRICULAR RATE), CIRCULATORY SHOCK DUE TO HYPOVOLEMIA
ACUTE RESPIRATORY FAILURE FROM SUSPECTED ASPIRATION
OTHER SIGNIFICANT CONDITIONS - PART II:
NA
CORONER CONTACTED? NO
AUTOPSY PERFORMED? NO
AUTOPSY AVAILABLE? NA
DATE OF INJURY: NA
TIME OF INJURY: NA
INJURY AT WORK? NA
PLACE OF INJURY: NA
LOCATION OF INJURY: NA
HOW THE INJURY OCCURRED?
NA
CERTIFIER NAME AND TITLE: DR. SHOBHADARSHINI GOGOI
LICENSE NUMBER: 38718
CERTIFIER'S ADDRESS: 9330 MEDICAL PLAZA DR, CHARLESTON, SC, 29406
DATE FILED: NOVEMBER 13, 2017
DATE OF ISSUANCE: NOVEMBER 13, 2017
SPECIAL INSTRUCTIONS:
NA

█████9767

This is a true certification of the facts on file in the Division of Vital Records, SC Department of Health and Environmental Control.

*Catherine E. Heigel*
Catherine E. Heigel
Director and State Registrar

*Shae R. Sutton*
Shae R. Sutton
Assistant State Registrar

This is watermarked paper. Do not accept without noting watermark. Hold to light to verify watermark.

