# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

IN RE:                                    Case No. 14-01233-jw
                                          Chapter 13

Abbie Law Connelly
Michael Linn Connelly

Debtor(s).

## NOTICE OF APPEARANCE

**U.S. BANK NATIONAL ASSOCIATION, as Trustee for NRZ PASS-THROUGH TRUST IX**[1,2], a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List[3]:

**Elizabeth R. Polk, Esquire – Federal ID #7124**
**Stern & Eisenberg Southern, PC**
**1709 Devonshire Drive**
**Columbia, SC 29204**

Dated this 3rd day of July, 2018.

By:   */s/  Elizabeth R. Polk, Esquire*
      Elizabeth R. Polk, Esquire, FBN: 7124
      Stern & Eisenberg Southern, PC
      1709 Devonshire Drive
      Columbia, SC 29204
      Phone: (803) 462-5006
      Fax: (803) 929-0830
      bpolk@sterneisenberg.com
      Attorney for Creditor

---

1  Full title of Creditor is as follows: U.S. BANK NATIONAL ASSOCIATION, as Trustee for NRZ PASS-THROUGH TRUST IX.
2  This Loan is currently serviced by New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing.
3  For reference, the property address associated with the undersigned's representation is 121 Oakdale Dr, Summerville, SC 29483.

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I caused to be served a true and correct copy of the foregoing Notice of Appearance by electronic means via the Court's CM/ECF notification system this 3rd day of July, 2018, to the following:

Ann U. Bell
Drose Law Firm
3955 Faber Place Dr.
Ste 103
Charleston, SC 29405
ann@droselaw.com
*Attorney for Debtor(s)*

James M. Wyman
PO Box 997
Mount Pleasant, SC 29465-0997
wyman@charleston13.com
*Chapter 13 Trustee*

Office of the U.S. Trustee
1835 Assembly Street
Suite 953
Columbia, SC 29201
*U.S. Trustee*

and by standard first class mail postage prepaid to:

Abbie Law Connelly
Michael Linn Connelly
121 Oakdale Drive
Summerville, SC 29483
*Debtor(s)*

Dated this 3rd day of July, 2018.

                        By:    */s/ Elizabeth R. Polk*
                                Elizabeth R. Polk