UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA
Charleston Division

| | |
|---|---|
| IN RE: | * CHAPTER 13 |
| Abbie Law Connelly | * CASE NO. 14-01233 |
| Michael Linn Connelly | * |
| Debtor(s). | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT AND NOTICE OF DEFAULT

PERSONALLY APPEARED before me the undersigned who, being duly sworn, deposes and states that:

1. She is the attorney for U.S. Bank National Association, not in its individual capacity but solely as Trustee of NRZ Pass-Through Trust IX, as serviced by Shellpoint Mortgage Servicing ("Movant").

2. On June 07, 2017, Michael Linn Connelly & Abbie Law Connely, (hereinafter "Debtor(s)") and Movant's predecessor in interest, The Bank of New York Melon Trust Company, National Association, entered into a settlement order.

3. The above referenced Debtors have failed to pay to the Movant , and/or its predecessor in interest, the September 1, 2017 through July 1, 2018 regular payments in the amount of $1,137.42 each and the October 1, 2017 through December 1, 2017 stipulation payments in the amount of $862.49, and the January 1, 2018 through July 1, 2018 stipulation payments in the amount of $791.14 each as required by the Order of June 07, 2017.

4. The Debtor is in default of the Order of June 07, 2017.

Witnessed before me this 25th day of
July, 2018

                                                    Respectfully submitted,

/s/ Jonathan M. Riddle                    /s/ *Elizabeth Polk*
Notary Public For South Carolina       Elizabeth Polk (Bar No. 7124)
My Commission Expires: 04/27/2026   Stern & Eisenberg Southern, PC
                                                      1709 Devonshire Drive
                                                      Columbia, SC 29204
                                                      Ph:   803-929-0760, Fax:   803-929-0830
                                                      bpolk@sterneisenberg.com
                                                      Attorney for Movant

Document    Page 3 of 3

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA
Charleston Division

| | |
|---|---|
| IN RE: | * CHAPTER 13 |
| Abbie Law Connelly | * CASE NO. 14-01233 |
| Michael Linn Connelly | * |
| | * |
| Debtor(s). | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I caused to be served a copy of the foregoing Affidavit and Notice of Default, and Certificate of Service were mailed by first class mail, postage pre-paid, or served electronically via the Court's CM/ECF system, this 25th day of July, 2018, to the parties listed below:

Ann U. Bell
Drose Law Firm
3955 Faber Place Dr. Ste 103
Charlston, SC 29405
ann@droselaw.com
*Attorney for Debtor*

and by standard first class mail postage prepaid to:

Abbie Law Connelly
Michael Linn Connelly
121 Oakdale Drive
Summerville, SC 29483
*Debtors*

James M. Wyman
PO Box 997
Mount Pleasant, SC 29465
*Bankruptcy Trustee*

U.S. Trustee's Office
Strom Thurmond Federal Building
1835 Assembly Street, Suite 953
Columbia, SC 29201
*U.S. Trustee*

By: /s/ *Elizabeth R. Polk*