# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| IN RE: | ) | CASE NO.: 14-01233-jw |
|---|---|---|
|  | ) | Chapter 13 |
| Abbie L. Connelly, Michael L. Connelly, | ) |  |
|  | ) |  |
| Debtor(s) | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |

Order Granting Relief from the Automatic Stay

The relief set forth on the following pages, for a total of two pages including this page, is hereby **ORDERED**.

**FILED BY THE COURT**
**08/22/2018**



*(signature)* John E. Waites

US Bankruptcy Judge
District of South Carolina

Entered: 08/22/2018

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| IN RE: | ) | CASE NO.: 14-01233-jw |
|---|---|---|
| | ) | Chapter 13 |
| Abbie L. Connelly, Michael L. Connelly, | ) | |
| | ) | ORDER GRANTING RELIEF FROM THE |
| Debtor(s) | ) | AUTOMATIC STAY |
| | ) | |
| | ) | |
| | ) | |

This matter comes before the Court pursuant to the motion of U.S. Bank National Association, not in its individual capacity but solely as Trustee of NRZ Pass-Through Trust IX ("Movant"), which seeks relief from the automatic stay in this case. According to the affidavit of Movant, no objection to the requested relief was filed by Debtor(s) or the Trustee, or any objections filed were subsequently withdrawn. It appearing that the motion should be granted, it is therefore;

ORDERED that relief from the automatic stay is granted as to the property described as 121 Oakdale Dr, Summerville, SC 29483 and that Movant may proceed with its state court remedies against the property, including sending any required notice to Debtor(s). The Movant has agreed to waive any claim arising under 11 U.S.C. § 503(b) or § 507(b) as a result of this Order, and has further agreed that any funds realized in excess of all liens, costs, and expenses will be paid to the Trustee;

IT IS FURTHER ORDERED that:

[x] Based upon Debtor(s)' failure to object to Movant's request regarding the Fed. R. Bankr. P. 4001(a)(3) stay, this order is effective immediately.

[ ] Pursuant to Fed. R. Bankr. P. 4001(a)(3), this order is stayed until the expiration of 14 days after its entry.

**AND IT IS SO ORDERED.**